IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BRYNN ERIN GAUTHIER,

        Plaintiff,

v.

CAROLYN COLVIN, Commissioner
of Social Security,

        Defendant.

Case No. 3:13-cv-01234-CL

ORDER

AIKEN, Chief Judge:

    Magistrate Judge Clarke issued his Findings and Recommendation in the above-captioned action on September 25, 2015. Magistrate Judge Clarke recommends that plaintiff's application for attorney's fees should be granted and plaintiff awarded $7,361.86 under the Equal Access to Justice Act. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

    When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v.

1    - ORDER

<u>Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981). The Commissioner filed timely objections to the Findings and Recommendation. Upon review of Magistrate Clarke's ruling, I find no error.

THEREFORE, IT IS HEREBY ORDERED that Magistrate Judge Clarke's Findings and Recommendation (doc. 35) filed September 25, 2015, is ADOPTED. Plaintiff's Application for Fees (doc. 32) is GRANTED and plaintiff is awarded fees in the amount of $7,361.86.

IT IS SO ORDERED.

Dated this 29 day of January, 2016.

                                                Ann Aiken
                                   United States District Judge

2   - ORDER