UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**BRYNN ERIN GAUTHIER,**                             3:13-cv-01234-CL

       Plaintiff,

vs.

**CAROLYN W. COLVIN,**                               PROPOSED ORDER FOR
                                                     SUPPLEMENTAL EAJA FEES
**ACTING COMMISSIONER of Social Security,**

       Defendant.

___

      Based upon the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and Plaintiff's EAJA petition, it is hereby ordered that EAJA attorney's fees of **$3520.18** shall be awarded to Plaintiff, unless there is an allowable offset under the Department of the Treasury's Offset Program. See *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). There are no costs or expenses.

      If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Plaintiff's attorney, Richard A. Sly, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.

///

///

Any check for EAJA fees should be mailed to Plaintiff's attorney as follows:

**Richard A. Sly**
**Law Office of Evans & Evans**
**610 SW Broadway, Suite 405**
**Portland Oregon 97205**

DATED this 11 day of March, 2016.

_____
HON. MARK D. CLARKE
UNITED STATES MAGISTRATE JUDGE

Presented by:
/s/__Linda Ziskin_____
**LINDA ZISKIN,** OSB # 011067
(503) 889-0472
Of Attorneys for Plaintiff