UNITED STATES DISTRICT COURT

DISTRICT OF OREGON PORTLAND

DIVISION

| | |
|---|---|
| **BRYNN ERIN GAUTHIER,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**COMMISSIONER SOCIAL SECURITY ADMINISTRATION**<br><br>**Defendant.** | Case No. 3:13-cv-01234-CL<br><br>ORDER AUTHORIZING ATTORNEY FEES UNDER 42 USC 406(b) |

Pursuant to 42 U.S.C. 406(b), reasonable attorney fees, equal to the allowable 25% of the back award of benefits, in the amount of $16,470.50 are hereby awarded to Plaintiff's federal court attorney, Linda S. Ziskin. Previously, this court awarded Mr. Sly **$10,612.04** pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. 2412(d), and the agency issued a 406a fee of $6000 to Mr. Sly. When issuing the 406(b) check, therefore, the agency is directed to subtract the amount previously awarded under the EAJA and to send to Attorney Ziskin, payable to Linda Ziskin, at the address below, the balance of **$5858.46.** The withheld amount then remaining should be released to Plaintiff, Mr. Gauthier, by the Agency as soon as practicable.

IT IS SO ORDERED this ___9___ day of December, 2016.

_____
Hon. Mark D. Clarke
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Linda S. Ziskin
LINDA S. ZISKIN, OSB #011067
P.O. Box 753833
Las Vegas, NV 89136
  Of Attorneys for Plaintiff